**JOHN JACOB ASTOR, JOSEPH ROLETTE, AND ROBERT STUART, MERCHANTS TRADING UNDER THE FIRM OF THE AMERICAN FUR COMPANY,** *versus* **WILLIAM R. JOUETT AND JEFFERSON VAIL.**

JOURNAL ENTRIES (1835–36): *Journal 5:* (1) Motion to quash writ of error *p. 70; (2) stricken from docket *p. 112.
PAPERS IN FILE: (1) Bond in error; (2) writ of error and return.
*1824–36 Calendar,* MS p. 229.

**JOHN BROWN** *versus* **JOSEPH FROBISHER AND SIMON McTAVISH.**

JOURNAL ENTRIES (1835): *Journal 5:* (1) Rule to appear, copy of rule ordered published *p. 71.
PAPERS IN FILE: [None]
*Chancery Case* .... of ....